UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS C. SALAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04574-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 2, 2023. Having considered the parties' revised proposal, *see* Dkt. No. 40, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 11, 2023 |
| Close of Fact Discovery | January 5, 2024 |
| Exchange of Opening Expert Reports | February 2, 2024 |
| Exchange of Rebuttal Expert Reports | March 1, 2024 |
| Close of Expert Discovery | March 22, 2024 |
| Dispositive & *Daubert* Motion Hearing Deadline | April 4, 2024, at 2:00 p.m. |
| Pretrial Conference | July 2, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | July 15, 2024, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders. This
3   terminates Dkt. No. 40.

4   **IT IS SO ORDERED.**

5   Dated: 5/12/2023

  *Haywood S. Gilliam Jr.*
  HAYWOOD S. GILLIAM, JR.
  United States District Judge