Michele Haydel Gehrke (SBN 215647)
mgehrke@reedsmith.com
Brandon Nhan (SBN 335573)
Bnhan@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
United Airlines, Inc. and Juliana Petani

Sohaila Sagheb, Esq. (SBN 144202)
sslawoffice@sbcglobal.net
LAW OFFICE OF SOHAILA SAGHEB
21112 Ventura Blvd.
Woodland Hills, California 91364
Phone: (818) 346-3724
Fax: (818) 702-9916

Attorneys for Plaintiff

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS C. SALAS,<br><br>               Plaintiff,<br><br>    vs.<br><br>UNITED AIRLINES, INC., a Delaware Corporation, JULIANA PETANI, an individual, SCOTT PRICKETT, an individual, and DOES 1 to 100, inclusive,<br><br>               Defendants. | Case Number:<br>3:22-cv-04574-RFL<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Compl. Filed:    July 1, 2022<br>FAC Filed:      April 21, 2023 |

Good cause for dismissal of the above entitled action exists as the parties have resolved their claims.

Pursuant to Federal Rules of Civil Procedure, Rule 41, Plaintiff Gladys Celeste Salas and Defendants United Airlines, Inc. and Juliana Petani, collectively hereby stipulate to the dismissal of the above captioned action with prejudice. All parties to bear their own costs and fees.

**IT IS SO STIPULATED.**

DATED: August 12, 2024

REED SMITH LLP

By: /s/ *Michele Haydel Gehrke*
    Michele Haydel Gehrke
    Attorneys for Defendants
    UNITED AIRLINES, INC. and JULIANA
    PETANI

    (Authorized to file on August 12, 2024)

DATED:  August 12, 2024

LAW OFFICE OF SOHAILA SAGHEB

By: /s/ *Sohaila Sagheb*
    Sohaila Sagheb
    Attorneys for Plaintiff
    GLADYS SALAS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case Number 22-cv-04574-RFL                – 2 –

**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

1

**[PROPOSED]**

2

**ORDER**

3     After full consideration of the Parties Stipulation and good cause appearing, IT IS HEREBY

4 ORDERED the that the above entitled action is dismissed with prejudice. All parties to bear their own

5 costs and fees.

6     **IT IS SO ORDERED.**

7

8

Dated: _____

9

10

11                                        _____
                                          THE HONORABLE RITA F. LIN
                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number 22-cv-04574-RFL          – 3 –

**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware